# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRACEY DENICE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | Honorable: |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant JPMorgan Chase Bank, N.A. (**Chase**) files its notice of removal pursuant to 28 U.S.C. §§ 1331, 1441(a) and (c) and 1446 of the action captioned *Tracey Denice Williams v. JPM (Chase) Credit Cards*, pending in the First Municipal District, Circuit Court of Cook County, Illinois (case no. 2021-M1-010217), to the United States District Court for the Northern District of Illinois, Eastern Division. As grounds for removing this action, Chase states:

1. On January 14, 2021, plaintiff Tracey Denice Williams filed a complaint against Chase in the Circuit Court of Cook County, Illinois, County Department, First Municipal Division alleging violations under (**i**) the Fair Debt Collection Practices Act; (**ii**) the Fair Credit Reporting Action; (**iii**) the Illinois Collection Agency Act, 225 ILCS 425/9; (**iv**) negligent enablement of identify fraud; and (**v**) defamation. This action was assigned case no. 2021-M1-010217.

2. Chase received the complaint and summons on or about January 28, 2021. Accordingly, this notice of removal is timely as it has been less than 30 days since Chase's receipt of the complaint and summons. 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, orders, and other documents served upon Chase are attached to this Notice of Removal in **Exhibit A** (complaint and summons).

4. This action may be removed pursuant to 28 U.S.C. § 1441(a) if it is one "of which the district courts of the United States have original jurisdiction."

5. This court has original jurisdiction over Ms. Williams's complaint alleging violations of the Fair Credit Reporting Act and the Fair Debt Collection Practices Act pursuant to 28 U.S.C. § 1331, because they are claims for relief arising under the laws of the United States. 15 U.S.C. § 1681 et seq.; 15 U.S.C. § 1692 et seq.

6. This action may also be removed pursuant to 28 U.S.C. § 1441(c) since it is one in which includes claims arising under the Constitution, laws, or treaties of the United States and claims not within the original or supplemental jurisdiction of the court because it would have been removable had the claims not within the original or supplemental jurisdiction of the court not been alleged. 28 U.S.C. § 1441(c).

7. Under the "well-pleaded complaint rule," federal question removal is appropriate "when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987).

8. This court has federal-question jurisdiction over this case pursuant to 28 USC §§ 1331 and 1441 because Ms. Williams asserts FDCPA and FCRA claims. (*See* Ex. A). This court has supplemental jurisdiction over Ms. Williams's remaining state law claims (Illinois Collection Agency Act; negligent enablement of identify fraud and defamation claims) because her FDCPA and FCRA claims "form part of the same case or controversy." 28 USC § 1367(a).

9. Chase reserves all rights to challenge all allegations of the complaint at the appropriate time.

10. This court is the proper district court for removal because the Circuit Court of Cook County, where the state court action was filed, is located within the United States District Court for the Northern District of Illinois. 28 U.S.C. § 1441(a).

11. Promptly after the filing of this notice, Chase will provide Ms. Williams with written notice of the filing of this notice of removal as required by 28 U.S.C. § 1446(d).

12. Promptly after the filing of this notice, Chase will file a copy of this notice of removal with the Clerk of the Circuit Court of Cook County Illinois, County Department, First Municipal Division. 28 U.S.C. § 1446(d).

13. Chase's Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, is attached hereto as **Exhibit B**.

For relief, defendant JPMorgan Chase Bank, N.A. respectfully requests that the action captioned as *Tracey Denice Williams v. JPM (Chase) Credit Cards*, case no. 2021-M1-010217, pending in the Circuit Court of Cook County, Illinois, be removed to this court, and that this court exercise its subject matter jurisdiction over this action, and for such other relief as the court may deem just and proper.

February 16, 2021                                      **JPMORGAN CHASE BANK, N.A.**

*/s/ Rebekah A. Carpenter*
Rebekah A. Carpenter (ARDC #6305616)
Erin E. Edwards (ARDC #6308945)
**AKERMAN LLP**
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700 Telephone
rebekah.carpenter@akerman.com
erin.edwards@akerman.com
*Attorneys for defendant JPMorgan Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February 2021, a true and correct copy of the foregoing *Notice of Removal* was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's System. I also certify that I caused a true and correct copy of the foregoing *Notice of Removal* to be served via U.S. Mail, postage prepaid, upon the parties listed below on February 16, 2021:

    Ms. Tracey Williams  
    1619 W 80th Street  
    Apt/Unit #3  
    Chicago, Illinois 60620

    */s/ Rebekah A. Carpenter*  
    Rebekah A. Carpenter  
    *Attorney for Defendant*