# EXHIBIT A

```
2021010217
CALENDAR/ROOM 1308
TIME 09:30
Tort not PI
```

2120 - Served    2220 - Not Served    2620 - Sec. of State
2121 - Alias Served    2221 - Alias Not Served
2621 - Alias Sec of State
Small Claims Summons (Claims Under $10,000.00)          (12/01/20)CCM 0751 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL DEPARTMENT, __1st__ MUNICIPAL DISTRICT

Name all Parties

__Tracey Denice Williams__
Plaintiff(s)

v.

__Jpm (Chase) Credit Cards__
Defendant(s)

__CT Corporation 208 S. Lasalle  Suite 814__
__Chicago, Illinois 60604__
Address of Defendant(s)

Case No. _____

Amount Claimed: $ ~~100.00~~ Court cost

* Return Date: __2-16-2021__

Trial Date: _____

Time: __9:30__   ☒ AM   ☐ PM

Room: __1308__

**CERTIFIED MAIL**

Please serve as follows:   ☒ Certified Mail   ☐ Sheriff Service (Plaintiff check one)   ☐ Alias

### SMALL CLAIMS SUMMONS
(IL SUP. CT. RULES 281-288)

To each Defendant:
YOU ARE SUMMONED and required:
To file your written appearance by yourself or your attorney and pay the required fee

on* __30 days__ (Return Date).

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information

Small Claims Summons (Claims Under $10,000.00)   (12/01/20)CCM 0751 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

○ Atty. No.: _____
☒ Pro Se 99500
Name: Tracey Denice Williams
Atty. for (if applicable): _____

Address: 1619 W. 80th Street Unit 3
City: Chicago
State: Illinois   Zip: 60620
Telephone: (773) 892-8543
Primary Email: teedee425@gmail.com

Witness date _____

~~DOROTHY BROWN~~ JAN 1 4 2021
Iris Y. Martinez, Clerk of Court

☒ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

~~* NOTICE TO PLAINTIFF: Not less than 14 or more than 40 days after issuance of Summons~~

## NOTICE TO DEFENDANT

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the District with additional questions

1. The case will not be heard in court on the return date specified on the reverse side of this form. When you file your appearance and pay the fee required, you will receive your court date. You must come to court on this day.

2. If you do not file an appearance and pay the required fee a JUDGMENT BY DEFAULT may be taken against you for the relief requested in the complaint.

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

FILED-27

21 JAN 14 AM 10:10
CLERK OF THE CIRCUIT COURT
CIVIL DIVISION
_____CLERK

~~Complaint~~ Verified

2021L010217
CALENDAR/ROOM 1308
TIME 09:30
Tort not PI

(12/01/20) CCM 0008 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, __1st__ MUNICIPAL DISTRICT

Tracey Denice Williams
Plaintiff(s)

v.

Jpm (Chase) Credit Cards
Defendant(s)

Case No. _____
Contract: _____
Amount Claimed: $400.00 court cost
Return Date: 30 days

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use last page if more space is required.): This complaint is in regards to a Chase Credit Card, that gives cash advances at ATM, No Signature, or written contract required. Chase credit card account Number 4147202205077363 was opened online 2015 No Identification requested. The Account was listed on all credit reporting Agencies Equifax, Experian, Transunion as collections, Charge-off, then given to Third Party Collection Agencies. I wrote numerous letters from Credit Secrets Book from Larry Kingshow, demanding validation pursuant to The Fair Debt Collection Practices Act, The Fair Credit Reporting Act, along with state laws of Illinois. I requested any viable evidence, documents bearing my signature that I have, or ever had Legal, Contractual obligation to pay. I told Jpm(chase) credit card Service to issue to me the Name, Address telephone of the persons who verified this Account, as to how they verified without any documents bearing my signature, To report the Account accurately. I requested through numerous letters to have this account deleted from all credit reporting Agencies Files/Reports. This Account has Severely damaged my score, and credit reports with Equifax, Experian, Transunion. I also requested a notice of dispute. Jpm chase did not honor any request. I told of FTC opinion letter from Attorney John F. Leyre, that printouts, Itemized Bills, documents does not constitute verification. I wrote that Jpm chase was in Violations of FDCPA 807-8 among others, FCRA 623-b. 623-a-3, and State 225 ILCS 425/9 4b, 21, 22, 23. Negligent Enablement of Identity Fraud Defamation. Jpm (chase) Never provided any viable evidence bearing my Signature for any payments. I hope to receive Judgment from Honorable Judge to remove this derogatory, Unverified Account from Credit Reports.

I, Tracey Denice Williams , certify that I am
(Name)

the Tracey Denice Williams plaintiff in the above entitled action.
(Name of Attorney if applicable)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

**Complaint - Verified** (12/01/20) CCM 0008 B

The allegations in this complaint are true.

◯ Atty. No.: 99500
☒ Pro Se 99500
Name: Tracey Williams
Atty. for (if applicable):

Address: 1649 W 80th Street Unit 3
City: Chicago
State: Illinois  Zip: 60620
Telephone: (773) 892-8543
Primary Email: teedee425@gmail.com

Dated: January 14, 2021

_____Tracey Denise Williams_____
Signature

☒ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

Claims - continued