# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRACEY DENICE WILLIAMS, | ) |
| Plaintiff, | ) ) ) Case No. 1:21-cv-00855 |
| v. | ) ) Honorable: Jorge L. Alonso |
| JPMORGAN CHASE BANK, N.A., | ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE on Thursday, March 4, 2021, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jorge L. Alonso, presiding in Courtroom 1903 at the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, to present *JPMorgan Chase Bank, N.A.'s Motion to Dismiss and Memorandum of Law in Support of Its Motion to Dismiss.*

DATED: February 23, 2021        **Akerman LLP**

*/s/ Rebekah A. Carpenter*
Rebekah A. Carpenter (ARDC #6305616)
Erin E. Edwards (ARDC #6308945)
**AKERMAN LLP**
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700 Telephone
rebekah.carpenter@akerman.com
erin.edwards@akerman.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of ***JPMorgan Chase Bank, N.A.'s Notice of Motion, Motion to Dismiss and Memorandum of Law in Support of Its Motion to Dismiss*** were served upon all parties listed below via Electronic Mail and U.S. First Class Mail on February 23, 2021.

Tracey Denice Williams
1619 W. 80th Street, Ap. #3
Chicago, Illinois 60620

Tracey Denice Williams
1619 W. 80th Street, Ap. #3
Chicago, Illinois 60620
Teedee425@gmail.com

*/s/ Rebekah A. Carpenter*
Rebekah A. Carpenter (ARDC #6305616)