IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

David Bourke

Plaintiff(s),

v.

United States of America,

Defendant(s).

Case No. 20 C 4427
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Defendant's motion to dismiss [6] is granted. This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge                         presiding, and the jury has rendered a verdict.
☐ tried by Judge                                     without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso.

Date: 6/10/2021

Thomas G. Bruton, Clerk of Court

Lesley Fairley                    , Deputy Clerk